UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

James B. Goodman §
§
versus § Civil Action 4: 14-1381
§
Corsair Components §

## Conference Memorandum

Counsel: David Fink

Representing: P. Goodman

Kevin Terrazas

D. Corsair

Date: September 8, 2014
Started: 3:30

Reporter: G. DYE
Ended: 4:10

At the conference, these rulings were made:

---

- ☐ Order to be entered.
- ☒ A pretrial conference is set for: 10:30 a.m. on October 16, 2014.
- ☐ A hearing is set for: _____ on _____, 2014.
- ☐ Trial preparation to be completed by: _____, 2014.
- ☐ A trial is set for: _____ on _____, 2014.
  - ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
- ☐ Joint Pretrial Order due: _____, 2014.
- ☐ Internal review deadline _____, 2014.

Lynn N. Hughes
United States District Judge