| | | |
|---|---|---|
| James B. Goodman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-141381 |
| | § | |
| Consair Components Inc, et al., | § | |
| | § | |
| Defendants. | § | |

# Management Order

1.  Consair Components Inc must give John B. Goodman a one-page narrative of its technology and how it differs from Goodman's patent.

2.  Goodman must give Consair a one-page narrative of it's patent.

3.  The parties must jointly report what next steps they recommend after the exchange of narratives.

Signed on September 8, 2014, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge