# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br>Plaintiff,<br><br>vs.<br><br>CORSAIR COMPONENT INC.<br>Defendant. | Civil Action No. 4:14-CV-01381 LNH<br><br>Before U.S. District Court Judge<br>LYNN N. HUGHES<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S SUBMITS HIS NARRATIVE OF THE PATENT

The Order dated September 9, 2014 requires the Plaintiff to provide a one-page narrative of its patent to the Defendant. The required one-page narrative from the Plaintiff is at the second page of this document.

It is true that U.S. Patent No. 6,243,315 ("the '315 Patent) is being sued on by the Plaintiff, but it is only Claim 1of the '315 Patent which is being enforced. The specification and claims in the '315 Patent cover many inventions so that the narrative of the '315 Patent for this case is assumed to be a narrative of the invention set forth in Claim 1 of the '315 Patent.

The importance of claim construction by the Court has been pointed out by the U.S. Supreme Court and the Federal Court; and is part of the Local Rules for this Court. See L.R. 1-2(c); 2-1; 2-5(b)(1); 3-6(b); and particularly 4.

Thus, the narrative being provided is not intended to be a substitute for a claim construction of the asserted Claim 1, and Plaintiff respectfully reserves the right to submit a proposed claim construction.

Plaintiff's narrative of Claim 1 of the '315 Patent is being presented as a narrative on the various portions making up Claim 1:

U.S. PATENT NO. 6,243,315

| Claim 1 | Narrative |
|---|---|
| Claim 1. A memory system for use in a computer system, said memory system comprising: | Generally, the invention is for a memory system for use in a computer system. |
| a plurality of volatile solid state memory devices that retain information when an electrical power source is applied to said memory devices within a predetermined voltage range and capable of being placed in a self refresh mode; said memory devices having address lines and control lines; | The memory system has at least two volatile memory devices (or the equivalent) which retain memory when a voltage in a predetermined range is applied. In addition, each memory device has address and control lines used for adding information or reading information from the memory devices. Each of the memory devices has a self refresh mode so the information will not degrade beyond the point of being readable. |
| a control device for selectively electrically isolating said memory devices from respective address lines and respective control lines so that when said memory devices are electrically isolated, any signals received on said respective address lines and respective control lines do not reach said memory devices; and | A control device is capable of doing the equivalent of "disconnecting" the address lines and control lines so signals on the address and control lines do not effectively reach the memory devices. This feature prevents "electrical noise" from reaching the memory devices. |
| a memory access enable control device coupled to said control device and to said control lines for determining when said memory system is not being accessed and | A memory access control device monitors the memory system to determine when the memory system is not being accessed. This information is communicated to the control device. |
| for initiating a low power mode for said memory system wherein said control device electrically isolates said memory devices and places said memory devices in said self refresh mode, thereby reducing the amount of electrical energy being drawn from an electrical power supply for said computer system. | The memory access control device initiates a low power mode to cause the control device to isolate the memory devices and initiate self refresh when the memory system is not being accessed. The low power mod reduces the power demands of the memory device. Hence, the claimed invention saves power, and is very important. |

Respectfully submitted,

/s/ David Fink
David Fink
Admission No. 299869
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Tel. 713 729-4991
Fax. 713 729-8498
Email: texascowboy6@gmail.com
Attorney in Charge for the Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served on all attorneys of record through the Court's CM/ECF electronic system on September 15, 2014.

Date: September 15, 2014 By /s/ David Fink
David Fink