UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CORSAIR COMPONENT INC.<br>Defendant. | **Civil Action No. 4:14-CV-01381 LNH**<br><br>**Before U.S. District Court Judge LYNN N. HUGHES**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff James B. Goodman hereby respectfully submits an Unopposed Motion to Dismiss Without Prejudice. Defendant Corsair Component Inc. has agreed it will no oppose this Motion.

Respectfully submitted,

/s/ David Fink
David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Admission No. 299869
Tel. 713 729-4991
Fax: 713 729-4951
Email: texascowboy6@gmail.com

Attorney in Charge for the Plaintiff

**PROPOSED ORDER**

The Court has carefully considered the foregoing Unopposed Motion to Dismiss Without Prejudice, and the Motion is granted.

Date:

_____
District Judge Lynn N. Hughes

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served on all attorneys of record through the Court's CM/ECF electronic system on October 1, 2014.

Date: October 1, 2014                                By <u>/s/ David Fink</u>
                                                        David Fink